IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 01:06-CR-0102** |
| | : | |
| v. | : | **(Judge Conner)** |
| | : | |
| **LUCIO ARMANDO CARAVAJAL-VIVANCO** | : | |
| | : | |

## ORDER

AND NOW, this 3rd day of August, 2006, upon consideration of defendant's motion (Doc. 49) to correct factual errors contained in the memorandum and order dated August 1, 2006 (Doc. 47), it is hereby ORDERED that:

1. The motion (Doc. 49) is GRANTED.

2. The memorandum and order (Doc. 47) is AMENDED as follows:

   a. In the first sentence of the third paragraph of page two, the number "2005" is deleted and replaced with the number "2006," so that the sentence reads:  On March 15, 2006, the government filed a one-count indictment against Caravajal-Vivanco, charging him with transporting illegal aliens in violation of 8 U.S.C. § 1324(a)(1)(A)(ii).

   b. In the third sentence of the third paragraph of page two, the phrase "That same day" and the comma immediately thereafter are deleted, the lower-case "c" in the word "counsel" is deleted and replaced with a capital "C," and the word "subsequently" is inserted between the words "was" and "notified," so that the sentence reads:  Counsel for Caravajal-Vivanco was subsequently notified that, with the exception of Victoria-Pascacio and Flores-Nava, all of the other passengers were either released on their own recognizance, transferred out-of-state, or deported.

 S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge
